**Order entered January 8, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01525-CV

## D MAGAZINE PARTNERS, L.P. D/B/A D MAGAZINE F/K/A MAGAZINE LIMITED PARTNERS, L.P. AND ALLISON MEDIA, INC., Appellants

## V.

## JANAY BENDER ROSENTHAL, Appellee

### On Appeal from the 134th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-14-01346

## ORDER

Before the Court is appellants' January 2, 2020 unopposed motion for extension of time to file their brief. The reporter's record, however, is incomplete and the remaining portion of the record is not due to be filed until January 15, 2020. Accordingly, we **DENY** the motion as premature. *See* TEX. R. APP. P. 38.6(a).

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE